FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 20 2006

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MIGUEL ANGEL CUEVAS                                    PETITIONER

v.                        Case No. 4:95-CR-00257-WRW

UNITED STATES OF AMERICA                               RESPONDENT

## ORDER

Pending is Petitioner's Request for Certificate of Appealability (Doc. No. 554).

The standard for evaluating a certificate of appealability petition is established in 28 U.S.C. § 2253(c)(2): "[a] certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1]

Since Petitioner has not made a substantial showing of the denial of any constitutional right, the motion for Certificate of Appealability is DENIED.

IT IS SO ORDERED this 20th day of April, 2006.

/s/ _____
UNITED STATES DISTRICT JUDGE
Wm. R. Wilson, Jr.

---

[1] *Cox v. Norris*, 133 F3d 565, 569 (8th Cir. 1997).