**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN  DIVISION**

**MIGUEL ANGEL CUEVAS**                                                    **PETITIONER**

**v.**                                             **4:95-CR-00257-WRW**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

**ORDER**

Petitioner's Second Motion for Relief from Judgment under Rule 60 (Doc.  No. 562),

which is actually a successive § 2255 motion,[1] is DENIED for the same reasons that were

outlined in the April 27, 2005 Order[2] -- which denied Petitioner's first Motion for Relief from

Judgment under Rule 60.

  IT IS SO ORDERED this 25th day of June, 2008.


                                        /s/ Wm. R. Wilson, Jr._____
                                           UNITED STATES DISTRICT JUDGE

---

[1]Petitioner has filed two previous § 2255 motions, which were denied on July 29, 1999 and June 26, 2001, respectively.  Petitioner's previous Rule 60 motion (which was construed as a § 2255 motion) was denied on April 27, 2005.

[2]Doc. No. 549.