IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MIGUEL ANGEL CUEVAS**

**VS.**                              **4:95-CR-00257-01-BRW**

**UNITED STATES OF AMERICA**

### ORDER

Pending is Petitioner's Motion to Dismiss (Doc. No. 565). For the reasons set out below, this Motion is DENIED.

Petitioner's motion is, in fact, a successive § 2255 motion.[1] The Eighth Circuit has held that a petitioner may not circumvent § 2255 procedural requirements by bringing successive § 2255 actions under other names.[2] When a petitioner attempts to circumvent these procedural requirements, a court may reclassify the petitioner's motion. Typically a court must warn a petitioner before reclassifying his pleading as a § 2255 motion.[3] However, this warning does not apply to a petitioner who has presented a previous § 2255 motion and had the opportunity to bring all of his collateral challenges in the previous motion.[4]

As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before

---

[1] Petitioner filed two previous § 2255 motions, which were denied on July 29, 1999 and June 26, 2001, respectively. Petitioner also filed two Rule 60 motions, which were construed as § 2255 motions and denied on April 27, 2005 and June 25, 2008, respectively.

[2] See *United States v. Patton*, 309 F.3d 1093 (8th Cir. 2002).

[3] *Morales v. United States*, 304 F.3d 764, 765 (8th Cir. 2002).

[4] See *Willoughby v. United States*, No. 01-588, 2002 WL 31548082, at *3 n.1 (D. Minn. Nov. 12, 2002); *Sheldon v. Hollingsworth*, No. 05-319, 2005 WL 846220, at *2 (D. Minn. Apr. 4, 2005).

they are considered by the district courts.[5]  Because Petitioner failed to obtain certification from the Eighth Circuit Court of Appeals, his motion must be dismissed for lack of jurisdiction.[6]

Accordingly, Petitioner's Motion to Dismiss is DENIED.

IT IS SO ORDERED this 25th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[5] 28 U.S.C. § 2255(h).

[6] *Boykin v. United States*, 242 F.3d 373 (8th Cir. 2000).