IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                            4:95-CR-00257-01-BRW

MIGUEL ANGEL CUEVAS

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence based on *United States v. Johnson*[1] (Doc. No. 621) is DENIED.

First, this is a successive habeas petition.[2] All successive § 2255 motions must be certified by the appropriate court of appeals before they are considered by this Court. Because Defendant did not obtain certification from the Eighth Circuit Court of Appeals, his petition must be dismissed for lack of jurisdiction.[3]

Second, Defendant was not sentenced based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*.

IT IS SO ORDERED this 2nd day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 135 S. Ct. 2551 (2015).

[2] Defendant filed three previous § 2255 motions, which were denied on July 29, 1999, June 26, 2001, and September 25, 2013, respectively. Petitioner also filed two Rule 60 motions, which were construed as § 2255 motions and denied on April 27, 2005 and June 25, 2008, respectively.

[3] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).