# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **4:95-CR-00257-01-BRW**

**MIGUEL ANGEL CUEVAS**

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 634) is DENIED because it is a successive habeas petition.[1]

All successive § 2255 motions must be certified by the appropriate court of appeals before they are considered by this Court. Because Defendant did not obtain certification from the Eighth Circuit Court of Appeals, his petition must be dismissed for lack of jurisdiction.[2]

IT IS SO ORDERED this 31st day of October, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Defendant filed four previous § 2255 motions, which were denied on July 29, 1999, June 26, 2001, September 25, 2013, June 2, 2016, October 7, 2016. Petitioner also filed two Rule 60 motions, which were construed as § 2255 motions and denied on April 27, 2005 and June 25, 2008.

[2] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).