# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                   **4:95-CR-00257-01-BRW**

**MIGUEL ANGEL CUEVAS**

## ORDER

Defendant's Motion to Correct Clerical Error (Doc. No. 643) is DENIED because it is another successive habeas petition.

As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district courts. Because Petitioner failed to obtain certification from the Court of Appeals for the Eighth Circuit, his petition must be dismissed for lack of jurisdiction.[1]

IT IS SO ORDERED this 25th day of October, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).